ACCEPTED
06-18-00004-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
1/4/2018 9:02 AM
DEBBIE AUTREY
CLERK

Appellate Docket Number:     06-18-00004-CR

Appellate Case Style: Style:     Robert Alan Hawkins

Vs.     State of Texas

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
1/4/2018 9:02:41 AM
DEBBIE AUTREY
Clerk

Companion Case:

Amended/corrected statement: ☐

# DOCKETING STATEMENT (Criminal)

Appellate Court:  6th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under  TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name:     Robert | ☒ Lead Attorney |
| Middle Name:     Alan | First Name:     Jason |
| Last Name:     Hawkins | Middle Name:     Edward |
| Suffix: | Last Name:     Niehaus |
| Appellant Incarcerated?     ☒ Yes ☐ No | Suffix: |
| Amount of Bond: | ☒ Appointed          ☐ District/County Attorney |
| Pro Se: ◯ | ☐ Retained          ☐ Public Defender |
| | Firm Name:     Bodkin Niehaus Dickson PLLC |
| | Address 1:     207 W. Hickory St |
| | Address 2:     Suite 309 |
| | City:     Denton |
| | State:     Texas          Zip+4:     76201 |
| | Telephone:     (940) 600-1295          ext.     4 |
| | Fax: |
| | Email:     Jason@BNDlegal.com |
| | SBN:     24074812 |
| | Add Another Appellant/Attorney |

## III. Appellee

First Name:     STATE OF TEXAS

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated?     ☐ Yes ☐ No

Amount of Bond:

Pro Se: ○

## IV. Appellee Attorney(s)

☒ Lead Attorney

First Name:     Will

Middle Name:

Last Name:     Ramsay

Suffix:

☐ Appointed          ☒ District/County Attorney

☐ Retained           ☐ Public Defender

Firm Name:     Hopkins County District Attorney

Address 1:

Address 2:

City:

State:     Texas               Zip+4:

Telephone:                    ext.

Fax:

Email:

SBN:

Add Another Appellee/ Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case):     Obstructing Gov't Operations

Type of Judgment:  Jury Trial

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order:    December 20, 2017

Offense charged:  Obstruction or Retaliation (36.06(c))

Date of offense:    January 21, 2017

Defendant's plea:  Not Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☐ Yes  ☐ No

Was the trial by:     ☒ jury or ☐ non-jury?

Date notice of appeal filed in trial court:  December 20, 2017

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: 5 yeras TDCJ

Is the appeal from a pre-trial order?    ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes  ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial:      ☐ Yes ☒ No    If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes ☒ No   If yes, date filed:

Other:   ☐ Yes  ☒ No        If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed:   ☐ Yes ☐ No  ☒ NA   If yes, date filed:

Date of hearing:                 ☒ NA

Date of order:                   ☒ NA

Ruling on motion: ☒ Granted ☐ Denied ☐ NA    If granted or denied, date of ruling:

## VIII. Trial Court And Record

Court: 8th Judicial District Court

County: Hopkins

Trial Court Docket Number (Cause no): 1725783

Trial Court Judge (who tried or disposed of the case):

First Name: Richard

Middle Name:

Last Name: Beacom

Suffix:

Address 1:

Address 2:

City:

State: Texas                Zip + 4:

Telephone:                ext.

Fax:

Email:

Clerk's Record:

Trial Court Clerk: ☒ District  ☐ County

Was clerk's record requested? ☒ Yes ☐ No

If yes, date requested: Jan 3, 2018

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes ☐ No ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record? ☒ Yes ☐ No

Was reporter's record requested? ☒ Yes ☐ No

Was the reporter's record electronically recorded? ☒ Yes ☐ No

If yes, date requested: Jan 3, 2018

Were payment arrangements made with the court reporter/court recorder? ☐ Yes ☐ No ☒ Indigent

---

☒ Court Reporter          ☐ Court Recorder
☐ Official                ☐ Substitute

First Name: Jana

Middle Name:

Last Name: Rushing

Suffix:

Address 1: Post Office Box 48

Address 2:

City: Cooper

State: Texas                Zip + 4: 75432

Telephone: 903-268-2942          ext.

Fax:

Email: rushingreporting@yahoo.com

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number:                                    Court:

Style:

     Vs.    State of Texas

## X. Signature

Signature of counsel (or Pro Se Party)                    Date: January 4, 2018

                                             State Bar No: 24074812

Printed Name:

Electronic Signature: /s/ J. Edward Niehaus          Name: Jason Edward Niehaus
      (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on January 4, 2018

Signature of counsel (or pro se party)          Electronic Signature: /s/ J. Edward Niehaus
                                          (Optional)

                                   State Bar No.: 24074812

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

        (1) the date and manner of service;

        (2) the name and address of each person served, and

        (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: October 24, 2016

Manner Served: eServe

First Name: Catherine

Middle Name:

Last Name: Luft

Suffix:

Law Firm Name: Denton County District Attorney

Address 1: 1450 E. McKinney St

Address 2: 3rd Floor

City: Denton

State Texas                    Zip+4: 76209

Telephone:                ext.

Fax:

Email: Catherine.Luft@DentonCounty.com

Ver. 1.0.0  7/12